APR 14 2026 9:55
FILED - USDC - NDTX - AM

To honaRabl Northern District Court : Amarillo, Tx.

My name is John Reyes Sr. (Case 2:26-cr-00005-Z-BR

I'm addressing court with all do Respect in Relieving my new attorney from Representing me in this case. I believe her name was Bethany Stevenson not Really sure.

After a conversation with her on phone here at Randall County, I truly believe me & her and the way she addressed me and also her vulgar language as well as be littleing me by calling me "Poor sick old man"; do not want her Representing me. She also was Rude and telling me she does not want any family members calling her. She also is unproffessional in speaking using the "F**k" word a lot. She also told me she won a court trial in federalcourt which i cannot find in law library. She is primarily a family law attorney and for that im pleading to the court for a new attorney to be assigned to me; I beg the court to grant this decision ive asked for.

Thank You

John Reyes Sr.

John Reyes Sr. #103151
P.O. Box 591
Randall County, Tx.

Legal Mail

RECEIVED
APR 1 4 2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Logged RCSO

79101-155999



AMARILLO TX 791
10 APR 2026 PM 1 L
USA ★ FOREVER

Clerk: Northern District Texas
205 S.E 5th Avenue
Amarillo, Tx. 79101