MAY 20 2026 PM4:07
FILED - USDC - NDTX - AM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.

JOHN PAUL REYES, SR. (01)
    a/k/a "Bosco"

NO. 2:26-CR-005-Z(01)
**(Supersedes indictment filed 02/26/26 as to Reyes, Sr. only)**

## SUPERSEDING INFORMATION

The United States Attorney Charges:

### Count One
Possession with Intent to Distribute Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

On or about January 5, 2026, in the Amarillo Division of the Northern District of Texas, and elsewhere, **John Paul Reyes, Sr.**, defendant, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

RYAN RAYBOULD
UNITED STATES ATTORNEY

Anna Marie Bell
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446

Telephone:   806-324-2356
Facsimile:   806-324-2399
E-Mail:      anna.bell@usdoj.gov

John Paul Reyes, Sr.
Superseding Information - Page 2